IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS, a District of Columbia non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RANDY VENTULA, an individual; DOES ONE THROUGH TEN, inclusive,<br><br>    Defendant. | CIVIL NO. 09-00104 SOM/LEK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 29, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; January 20, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge