IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS, a District of Columbia non-profit corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>RANDY VENTULA, an individual; JOHN DOES 1-10; JANE DOES 1-10; ENTITIES ,<br><br>        Defendants.<br>_____ | CV 09-00104 SOM-LEK<br><br>ORDER ADOPTING REPORT OF SPECIAL MASTER |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed on April 30, 2010 and served on all parties on May 3, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 25, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

National Commission for the Certification of Crane Operators v. Ventula; CV 09-00104 SOM-LEK; ORDER ADOPTING REPORT OF SPECIAL MASTER